# IN THE SUPREME COURT OF THE STATE OF NEVADA

NYUTU K. WOODS,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 69368

**FILED**

JAN 1 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for extraordinary relief. Petitioner challenges the validity of his judgment of conviction and sentence and argues that he is illegally being required to serve consecutive sentences for a single crime against a single victim. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. Any relief available to petitioner must be sought in the district court in the first instance. *See* NRS 34.724; NRS 34.738. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:  Nyutu K. Woods
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

16-01285